Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Deborah Carmen Williams

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CARMEN WILLIAMS,<br><br>             Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>             Defendant | ) Case No.: 5:14-cv-00568-DFM<br>)<br>) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $26.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  April 1, 2015

_____
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ *Vijay J. Patel*

     _____
4    Vijay J. Patel
     Attorney for plaintiff Deborah Carmen Williams
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26